UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**RIGOBERTO CEPERO-LLANES**          **CASE NO. 1:26-CV-00476 SEC P**

**VERSUS**                                          **JUDGE TERRY A. DOUGHTY**

**KRISTI NOEM ET AL**                      **MAGISTRATE JUDGE CAROL B. WHITEHURST**

**MEMORANDUM ORDER**

Before the Court is a Motion for Temporary Restraining Order ("TRO"), or in the alternative, Motion for Preliminary Injunction [Doc. No. 5] filed by Petitioner, Rigoberto Cepero Llanes ("Petitioner"). Respondents, Kristi Noem, Todd Lyons, Melissa Harper, Sirce Owen, and Warden Central Louisiana ICE Processing Center (collectively, "Respondents") have not enrolled or been served.

As another Judge of this Court recently stated:

> The very basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and ... the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking injunctive relief that mirrors the relief requested in the habeas petition is *nothing more than a motion to decide my habeas petition now*. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025). The Court will not allow Petitioner to commit an end-run around the habeas process.

*Da Silva v. Tellez*, No. 25-CV-1960, 2025 WL 3553041, at *1 (W.D. La. Dec. 8, 2025) (emphasis added).

Since the preliminary relief Petitioner seeks—release from detention or a bond hearing—mirrors the ultimate relief sought in Petitioner's Petition for Writ of Habeas Corpus ("Habeas Petition"),[1] Petitioner's Motion for TRO and Motion for Preliminary Injunction [Doc. No. 5] are **DENIED**.

**IT IS ORDERED** that the Habeas Petition [Doc. No. 1] is hereby referred to the Magistrate Judge.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed that Shannon Smitherman with the United States Attorney's Office is to be provided a copy of this Order via email and granted access to the Habeas Petition [Doc. No. 1] and the docket in this matter.

MONROE, LOUISIANA, this 24th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] [Doc. No. 1, pp. 13–16].