**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RIGOBERTO CEPERO-LLANES** | **CASE NO. 1:26-CV-00476 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTI NOEM ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 25], no objections thereto having been filed,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Rigoberto Cepero-Llanes' ("Petitioner") Amended Petition for Writ of Habeas Corpus [Doc. No. 22] is **GRANTED**. Respondents, and the Warden of El Paso Camp East Montana, shall (A) release Petitioner from custody without bond as soon as reasonably possible, under reasonable conditions of supervision if necessary; (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release; and (C) file a status report confirming Petitioner's release within 24 hours after his release.

**IT IS FURTHER ORDERED** that any possible or anticipated removal or transfer of Petitioner under this present detention be **PROHIBITED**.[1]

MONROE, LOUISIANA, this 20th day of August 2026.

[1] In other words, it is the intent of the Court that Petitioner shall not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE